**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JASON WILLCOCK,

        Plaintiff,

v.                                           Case No.: 3:25-cv-1480-WWB-SJH

NAVAL CONTINUING CARE
RETIREMENT FOUNDATION, INC.,

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice (Doc. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on December 11, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record